UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **SNS Enterprise LLC,** a California Limited Liability Company; **Bellatrac Inc.,** a Georgia Corporation; and Does 1-10, <br><br> Defendants. | Case: 3:19-CV-06219-JCS <br><br> **ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 12, 2020

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

1